# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No 19-cv-03676-RBJ

DAVID KATT,

    Plaintiff,

v.

SHOE PALACE CORPORATION,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) the following Final Judgment is hereby entered.

    Pursuant to the text only ORDER granting summary judgment of Judge R. Brooke Jackson entered on August 3, 2021 [ECF No. 23] it is

    ORDERED that the defendant's motion for summary judgment [ECF No. 21] is deemed confessed, and the case is dismissed with prejudice. It is

    FURTHER ORDERED that, as the prevailing party, the defendant is awarded reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3th day of August, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk